| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) Moody, James M | 2. Court or Organization USDC, Eastern District of AR | 3. Date of Report 5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 600 West Capitol, Suite 381 Little Rock, AR 72201-3325 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Residuary Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 12 A 11:31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2003 | Tutoring |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JAMES M. MOODY | | | | | | | | | |
| 2. One Bank | A -- | Interest | K | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Regions Bank | A | Interest | J | T | | | | | |
| 5. AR Fed.Credit Union.LR | B | Interest | L | T | | | | | |
| 6. Cash/Money Mkt. Funds | D | Interest | K | T | | | | | |
| 7. Merrill Lynch CMA | A | Interest | | | Closed | 11/20 | J | | |
| 8. Very Special Tea Room | | None | | | | | | | |
| 9. (See Comm. 1, Sec. VIII) | | | | | | | | | |
| 10. LLC: | | | | | | | | | |
| 11. 1/2int.El Dorado Farm | B | Royalty | M | W | | | | | |
| 12. 1/3int.Poinsett Cty Farm | B | Crops | | | Sell | 4/15 | K | | |
| 13. IRA - Regions Bank, LR | B | Interest | L | T | | | | | |
| 14. Comprised of 3 mutual funds: | | | | | | | | | |
| 15. Janus 20 | | | | | | | | | |
| 16. Kaufman Funds | | | | | | | | | |
| 17. Janus Global Tech | | | | | | | | | |
| 18. STOCKS: | | | | | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody. James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 - (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. BH&M Oil Com. Stock | A | Dividend | J | T | | | | | |
| 20. Morgan Stanley Com. Stock | A | Dividend | K | T | | | | | |
| 21. Wal Mart Stores Com. Stock | A | Dividend | K | T | | | | | |
| 22. AOL Time Warner | | None | | | Sell | 11/5 | J | | |
| 23. Copper Mountain | | None | | | Sell | 11/5 | J | | |
| 24. JDS Uniphase | | None | | | Sell | 11/5 | J | | |
| 25. General Electric | | None | | | Sell | 11/5. | J | | |
| 26. MUTUAL FUNDS: | | | | | | | | | |
| 27. Putnam Amer.Growth & Income | A | Dividend | J | T | | | | | |
| 28. Amer.Funds AMCAP Fund | A | Dividend | K | T | | | | | |
| 29. Van Kampen MSDW.Global Eq. | A | Dividend | | | Sell | 11/5 | K | | |
| 30. Fidelity Eq. Aggr. Growth | A | Dividend | J | T | | | | | |
| 31. MSDW Competitive Edge | A | Dividend | L | T | | | | | |
| 32. Van Kampen Comstock A | A | Dividend | J | T | | | | | |
| 33. IShares Russell 2000 Value Fund | A | Dividend | L | T | Buy | 1/24 | L | | |
| 34. IShares Russell 2000 Growth | A | Dividend | K | T | Buy | 1/13 | K | | |
| 35. IShares Russell 1000 Gr Index | A | Dividend | L | T | Buy | 1/13 | L | | |
| 36. IShares Russell 1000 Value Index | B | Dividend | M | T | Buy | 6/11 | M | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII.  INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   IShares Russell Midcap Index Fd | A | Dividend | K | T | Buy | 11/10 | K | | |
| 38.   IShares S&P Midcap 400 Value | A | Dividend | M | T | Buy | 1/13 | M | | |
| 39.   IShares S&P Midcap 400 Growth | A | Dividend | K | T | Buy | 1/13 | K | | |
| 40.   IShares S&P 500 Barra Val Ind | A | Dividend | K | T | Buy | 11/10 | K | | |
| 41.   MUNICIPAL BONDS: | | | | | | | | | |
| 42.   Nuveen Tax Exempt | A | Interest | J | T | | | | | |
| 43.   AR St.Dev.Fin.Auth. | B | Interest | | | Redemption | 7/22 | K | | |
| 44.   NLR, AR School Dist. #2 | B | Interest | L | T | | | | | |
| 45.   LR.AR School Dist. Ser. B | B | Interest | L | T | | | | | |
| 46.   Pul. Cty. Children's Hosp. | A | Interest | J | T | | | | | |
| 47.   GOV. BONDS: | | | | | | | | | |
| 48.   Gov. Nat'l Mortgage Assn. | A | Interest | | | Redemption | 9/22 | L | | |
| 49.   Fed.HomeLoanMtg.Corp. | B | Interest | L | T | Buy | 9/23 | L | | |
| 50.   CORPORATE BONDS: | | | | | | | | | |
| 51.   General Motors | | None | L | T | Buy | 7/22 | L | | |
| 52.   ACCT A: | | | | | | | | | |
| 53.   (See Comm 2. Sec VIII) | | | | | | | | | |
| 54.   MUNICIPAL BONDS: | | | | | | | | | |

1.  Income/Gain Codes:     A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
     (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2.  Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
     (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3.  Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ar Dev Fin Auth SFMR | A | Interest | J | T | | | | | |
| 56. AR Zero Coupon | | None | K | T | | | | | |
| 57. Conway, AR Schools | B | Interest | | | Redemption | 8/1 | K | | |
| 58. Greene Cty. AR Housing | B | Interest | K | T | | | | | |
| 59. LR, AR Baptist Medical | C | Interest | K | T | | | | | |
| 60. Little Rock, AR Schools | B | Interest | | | Redemption | 6/10 | K | | |
| 61. Pul Cty, AR Children's Hosp. | B | Interest | K | T | | | | | |
| 62. Union Cty., AR Housing | B | Interest | K | T | | | | | |
| 63. Ar Div Fin Auth SFM Ser B | B | Interest | K | T | | | | | |
| 64. Pul. AR Hlth. Fac. Catholic | B | Interest | K | T | | | | | |
| 65. UA-Fay Var Fac | B | Interest | K | T | | | | | |
| 66. AR Div Fin Auth SFM Ser B | B | Interest | K | T | | | | | |
| 67. Bentonville, AR Schools | B | Interest | L | T | | | | | |
| 68. West Fork. AR School Dist. | A | Interest | K | T | | | | | |
| 69. AR St Dev Fin Auth SFMR | | None | J | T | | | | | |
| 70. LR, AR Baptist Med Center | A | Interest | | | Redemption | 9/2 | K | A | |
| 71. Jonesboro. AR Res Housing | | None | K | T | | | | | |
| 72. Wynne, AR School Dist 9 | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. AR St Dev Fin Auth SFMR | A | Dividend | K | T | | | | | |
| 74. Pul Cty, AR Children's Hosp | A | Dividend | | | Redemption | 3/3 | K | A | |
| 75. Drew Cty, AR School Dist. 5 | | None | K | T | | | | | |
| 76. Rogers, AR School Dist | A | Interest | K | T | | | | | |
| 77. Brookland, AR School Dist | | None | L | T | Buy | 9/10 | L | | |
| 78. Springdale, AR School Dist | | None | K | T | Buy | 8/8 | K | | |
| 79. Booneville, AR School Dist | | None | L | T | Buy | 9/30 | L | | |
| 80. ACCT B: | | | | | | | | | |
| 81. (See Comm 3, Sec. VIII) | | | | | | | | | |
| 82. Aetna, Inc. | A | Dividend | | | Sell | 11/5 | J | B | |
| 83. JP Morgan Chase & Co. | A | Dividend | | | Sell | H/5 | J | B | |
| 84. Wachovia Corp. | A | Dividend | | | Sell | 4/21 | J | | |
| 85. Ingersoll Rand | A | Dividend | | | Sell | 11/5 | J | C | |
| 86. Praxair, Inc. | A | Dividend | | | Sell | 4/15 | J | A | |
| 87. The Hartford Fin. Serv. | A | Dividend | | | Sell | 11/5 | J | A | |
| 88. Wells Fargo | A | Dividend | | | Sell | 11/5 | J | | |
| 89. Agilent Tech | | None | | | Sell | 11/5 | J | B | |
| 90. Citigroup. Inc. | A | Dividend | | | Sell | 11/5 | J | B | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ConocoPhillips | A | Dividend | | | Sell | 11/5 | J | B | |
| 92. Delphi Automotive | A | Dividend | | | Sell | 11/5 | J | | |
| 93. Fannie Mae | A | Dividend | | | Sell | 11/5 | J | A | |
| 94. Pitney Bowes, Inc. | A | Dividend | | | Sell | 11/5 | J | | |
| 95. Albertson's Inc. | A | Dividend | | | Sell | 11/5 | J | | |
| 96. Alltel Corp. | A | Dividend | | | Sell | 11/5 | J | | |
| 97. Liberty Media | | None | | | Sell | 11/5 | J | | |
| 98. Chevron Texaco Corp. | A | Dividend | | | Sell | 11/5 | J | | |
| 99. Countrywide Credit | A | Dividend | | | Sell | 11/5 | J | D | |
| 100. DTE Energy Co. | A | Dividend | | | Sell | 11/5 | J | A | |
| 101. FleetBoston Financial – | A | Dividend | | | Sell | 11/5 | J | A | |
| 102. International Paper Co. | A | Dividend | | | Sell | 11/5 | J | A | |
| 103. Kimberly Clark | A | Dividend | | | Sell | 11/5 | J | | |
| 104. Progress Energy, Inc. | | None | | | Sell | 12/10 | J | | |
| 105. Tele & Data Systems | A | Dividend | | | Sell | 11/5 | J | | |
| 106. Verizon Communications | A | Dividend | | | Sell | 11/5 | J | | |
| 107. Agere Systems | | None | | | Sell | 8/18 | J | | |
| 108. Computer Associates | | None | | | Sell | 11/5 | J | C | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Kerr McGee | | None | | | Sell | 11/5 | J | | |
| 110. Matsushita | A | Dividend | | | Sell | 11/5 | J | | |
| 111. MGIC Investment Corp. | A | Dividend | | | Sell | 11/5 | J | | |
| 112. ConocoPhillips | A | Dividend | | | Sell | 11/5 | J | B | |
| 113. Raytheon Co. | A | Dividend | | | Sell | 11/5 | J | | |
| 114. Sprint CP | A | Dividend | | | Sell | 11/5 | J | A | |
| 115. Transocean Sedco | A | Dividend | | | Sell | 11/5 | J | A | |
| 116. AON Corp. | A | Dividend | | | Sell | 11/5 | J | A | |
| 117. Barrick Gold Corp. | A | Dividend | | | Sell | 11/5 | J | B | |
| 118. Cit Group | | None | | | Sell | 8/14 | J | A | |
| 119. Dominion Res., Inc. | A | Dividend | | | Sell | 11/5 | J | | |
| 120. HCA, Inc. | A | Dividend | | | Sell | 11/5 | J | | |
| 121. Philip Morris Co. | | None | | | Sell | 11/5 | J | B | |
| 122. (now Altria Group) | | | | | | | | | |
| 123. Travelers Prop & Cas A | | None | | | Sell | 3/11 | J | | |
| 124. Travelers Prop & Cas B | | None | | | Sell | 3/11 | J | | |
| 125. ACCT C: | | | | | | | | | |
| 126. (See Comm 3, Sec. VIII) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Deere & Co. | A | Dividend | | | Sell | 6/9 | J | A | |
| 128. Hormel Foods Corp. | A | Dividend | | | Sell | 6/9 | J | A | |
| 129. McGraw Hill Co. | A | Dividend | | | Sell | 4/22 | J | | |
| 130. Sabre Group | A | Dividend | | | Sell | 6/9 | J | A | |
| 131. Global Santa Fee | A | Dividend | | | Sell | 6/9 | J | | |
| 132. First Data Corp. | A | Dividend | | | Sell | 6/9 | J | A | |
| 133. SBC Communications | A | Dividend | | | Sell | 6/9 | J | | |
| 134. Blockbuster, Inc. | A | Dividend | | | Sell | 6/9 | J | A | |
| 135. Brinker Intl., Inc. | A | Dividend | | | Sell | 6/9 | J | A | |
| 136. Cognex Corp. | A | Dividend | | | Sell | 6/9 | J | A | |
| 137. Stmicroelectronics | A | Dividend | | | Sell | 6/9 | J | | |
| 138. Suncor Energy | A | Dividend | | | Sell | 6/9 | J | B | |
| 139. Transaction Systems | A | Dividend | | | Sell | 6/9 | J | | |
| 140. AMR Corp. | | None | | | Sell | 1/23 | J | | |
| 141. Baker Hughes Inc. | A | Dividend | | | Sell | 6/9 | J | | |
| 142. Comerica Inc. | A | Dividend | | | Sell | 6/9 | J | A | |
| 143. Computer Sciences | | None | | | Sell | 6/9 | J | | |
| 144. Freddie Mac | A | Dividend | | | Sell | 2/26 | J | A | |

1. Income/Gain Codes  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2 Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3 Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Moody, James M | | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Pfizer, Inc. | A | Dividend | | | Sell | 4/16 | J | | |
| 146. Pharmacia Corp. | A | Dividend | | | Sell | 4/16 | J | | |
| 147. Sandisk Corp. | --- | None | | | Sell | 1/9 | J | | |
| 148. Scientific Atlanta | A | Dividend | | | Sell | 6/9 | J | | |
| 149. Sysco Corp. | A | Dividend | | | Sell | 6/9 | J | A | |
| 150. Bristol Myers Squibb | | None | | | Sell | 6/9 | J | | |
| 151. Cendant Corp. | | None | | | Sell | 6/9 | J | A | |
| 152. Chevron Texaco | A | Dividend | | | Sell | 6/9 | J | A | |
| 153. Electronic Data Systems | A | Dividend | | | Sell | 3/27 | J | | |
| 154. Kimberly Clark Corp. | A | Dividend | | | Sell | 6/9 | J | | |
| 155. LSI Logic Corp. | | None | | | Sell | 6/9 | J | | |
| 156. Protective Life | A | Dividend | | | Sell | 6/9 | J | A | |
| 157. Rohm & Haas | A | Dividend | | | Sell | 6/9 | J | | |
| 158. Safeway, Inc. | | None | | | Sell | 3/31 | J | | |
| 159. Southwest Airlines | A | Dividend | | | Sell | 6/9 | J | | |
| 160. Wellpoint Health Network | | None | | | Sell | 6/9 | J | B | |
| 161. Wells Fargo & Co. | A | Dividend | | | Sell | 6/9 | J | A | |
| 162. Wendy's International | A | Dividend | | | Sell | 6/9 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. 3Com Corp. | | None | | | Sell | 6/9 | J | | |
| 164. Activision Inc. | | None | | | Sell | 6/9 | J | | |
| 165. American International | A | Dividend | | | Sell | 6/9 | J | A | |
| 166. Costco Wholesale Corp. | | None | | | Sell | 6/9 | J | A | |
| 167. Emerson Electric Co. | A | Dividend | | | Sell | 6/9 | J | A | |
| 168. Federated Dept. Stores | | None | | | Sell | 6/9 | J | A | |
| 169. Fluor Corp. | A | Dividend | | | Sell | 6/9 | J | | |
| 170. Gannett Companies, Inc. | A | Dividend | | | Sell | 6/9 | J | A | |
| 171. IPC Holdings | | None | | | Sell | 6/9 | J | A | |
| 172. Masco Corp. | A | Dividend | | | Sell | 6/9 | J | A | |
| 173. Mellon Financial Corp. | A | Dividend | | | Sell | 6/9 | J | | |
| 174. Nike, Inc. | | None | | | Sell | 6/9 | J | A | |
| 175. Norfolk Southern | A | Dividend | | | Sell | 6/9 | J | | |
| 176. Partnere Holdings | | None | | | Sell | 2/27 | J | | |
| 177. Prudential Financial | | None | | | Sell | 6/9 | J | A | |
| 178. Safeco Corp. | | None | | | Sell | 6/9 | J | A | |
| 179. Activision, Inc. | | None | J | T | Buy | 6/9 | J | | |
| 180. 1ACCT-LLC: | | | | | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Red River Farm | | None | M | W | | | | | |
| 182. 1ACCT5: | | | | | | | | | |
| 183. (See Comm 4, Sec. VIII) | | | | | | | | | |
| 184. Cash/Money Market Funds | A | Dividend | J | T | | | | | |
| 185. Cisco Systems, Inc. | | None | | | Sell | 11/5 | J | B | |
| 186. Wyeth | A | Dividend | J | T | | | | | |
| 187. AT&T Corp. | A | Dividend | | | Sell | 1/23 | J | | |
| 188. Microsoft Corp. | | None | J | T | Buy | 11/5 | J | | |
| 189. Fed Home Loan Mortgage | A | Dividend | J | T | | | | | |
| 190. Aetna, Inc. | A | Dividend | J | T | | | | | |
| 191. Allstate Corp. | A | Dividend | J | T | | | | | |
| 192. Ambac, Inc. | A | Dividend | J | T | | | | | |
| 193. Boise Cascade | A | Dividend | J | T | | | | | |
| 194. BP PLS ADS | A | Dividend | J | T | | | | | |
| 195. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 196. Chevron Texaco Corp. | A | Dividend | | | Sell | 4/11 | J | | |
| 197. Chubb | A | Dividend | J | T | | | | | |
| 198. Conoco/Phillips | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 - (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. CVS Corp. | A | Dividend | J | T | | | | | |
| 200. Diamond Offshore Drilling | A | Dividend | J | T | | | | | |
| 201. Dow Chemical | A | Dividend | J | T | | | | | |
| 202. DuPont E.I. De Nemours | A | Dividend | J | T | Buy | 11/6 | J | | |
| 203. Exelon Corp. | A | Dividend | J | T | | | | | |
| 204. Federated Dept. Stores | A | Dividend | J | T | | | | | |
| 205. Freeport McMoran | | None | | | Sell | 3/27 | J | A | |
| 206. Gap, Inc. | A | Dividend | | | Sell | 3/27 | J | A | |
| 207. Halliburton Co. | A | Dividend | K | T | | | | | |
| 208. Hewlett Packard | A | Dividend | J | T | | | | | |
| 209. International Paper Co. | A | Dividend | J | T | | | | | |
| 210. Interpublic Group of Cos. | | None | | | Sell | 11/19 | J | | |
| 211. Kroger Co. | | None | J | T | | | | | |
| 212. Lex Mark Int'l., Inc. | | None | J | T | | | | | |
| 213. Limited, Inc. | A | Dividend | J | T | | | | | |
| 214. McDonald's Corp. | A | Dividend | J | T | | | | | |
| 215. Motorola, Inc. | A | Dividend | | | Sell | 5/12 | J | | |
| 216. Nokia CP | | None | J | T | Buy | 11/15 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. Pharmacia Corp. | A | Dividend | | | Sell | 4/16 | J | | |
| 218. Philip Morris Co. | A | Dividend | J | T | | | | | |
| 219. (now Altria Group) | | | | | | | | | |
| 220. Sara Lee Corp. | A | Dividend | J | T | | | | | |
| 221. Schering Plough, Inc. | A | Dividend | J | T | | | | | |
| 222. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 223. Scottish PWR | A | Dividend | J | T | | | | | |
| 224. Sprint CP | A | Dividend | J | T | | | | | |
| 225. TXU Corp. | A | Dividend | J | T | | | | | |
| 226. United STS | A | Dividend | | | Sell | 11/12 | J | C | |
| 227. Verizon Comm. | A | Dividend | J | T | | | | | |
| 228. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 229. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 230. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 231. Comcast Corp. | | None | | | Sell | 3/24 | J | | |
| 232. Flextronics | | None | J | T | | | | | |
| 233. Int'l Business Machines | A | Dividend | J | T | | | | | |
| 234. JP MorganChase & Co. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment        T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. Kimberly Clark Corp. | A | Dividend | J | T | | | | | |
| 236. Merck & Co. | A | Dividend | J | T | | | | | |
| 237. Merrill Lynch & Co. | A | Dividend | J | T | | | | | |
| 238. Public Service Ent. | A | Dividend | J | T | | | | | |
| 239. Roche Holdings | A | Dividend | J | T | | | | | |
| 240. Alcoa, Inc. | A | Dividend | J | T | Buy | 5/12 | J | | |
| 241. GlaxoSmithKline | A | Dividend | J | T | Buy | 2/13 | J | | |
| 242. Global Santa Fe Corp. | A | Dividend | J | T | Buy | 5/7 | J | | |
| 243. Jones Apparel Group | A | Dividend | J | T | Buy | 8/1 | J | | |
| 244. Pfizer, Inc. | A | Dividend | J | T | Buy | 4/16 | J | | |
| 245. PNC Financial Services | A | Dividend | J | T | Buy | 8/20 | J | | |
| 246. SBC Communications | | None | J | T | Buy | 12/9 | J | | |
| 247. Unilever | | None | J | T | Buy | 11/10 | J | | |
| 248. 1ACCT6: | | | | | | | | | |
| 249. (see Comm 4. Sec. VIII) | | | | | | | | | |
| 250. Bristol Myers Squibb | A | Dividend | | | Sell | 3/26 | J | | |
| 251. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 252. Cash/Money Market Funds | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000) | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. Check Point Software | | None | | | Sell | 6/11 | J | A | |
| 254. Dover Corp. | A | Dividend | J | T | | | | | |
| 255. E.W. Scripps Co. | A | Dividend | | | Sell | 12/16 | J | C | |
| 256. Freddie Mac | A | Dividend | J | T | | | | | |
| 257. Liberty Media | | None | J | T | | | | | |
| 258. Liz Claiborne | A | Dividend | J | T | | | | | |
| 259. Markel Corp. | | None | J | T | | | | | |
| 260. MBNA Corp. | A | Dividend | J | T | | | | | |
| 261. McDonald's Corp. | A | Dividend | J | T | | | | | |
| 262. Mercury General | A | Dividend | J | T | | | | | |
| 263. MGIC Investment Corp. | A | Dividend | J | T | | | | | |
| 264. Morgan Stanley Dean Witter | A | Dividend | J | T | | | | | |
| 265. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 266. Safeway, Inc. | | None | | | Sell | 6/11 | J | | |
| 267. Target Corporation | A | Dividend | J | T | | | | | |
| 268. US Bancorp | A | Dividend | | | Sell | 11/10 | J | B | |
| 269. Viacom. Inc. | A | Dividend | J | T | | | | | |
| 270. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. American Int'l Group | A | Dividend | J | T | | | | | |
| 272. Auto Data Processing | A | Dividend | J | T | | | | | |
| 273. Comcast Corp. | | None | J | T | | | | | |
| 274. Costco Wholesale Corp. | | Dividend | J | T | | | | | |
| 275. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |
| 276. Merck & Co. | A | Dividend | J | T | | | | | |
| 277. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 278. Mohawk Industries | | None | J | T | | | | | |
| 279. Waste Management, Inc. | A | Dividend | J | T | | | | | |
| 280. Berkshire Hathaway | | None | J | T | Buy | 3/19 | J | | |
| 281. Charter One Financial | | None | J | T | Buy | 11/17 | J | | |
| 282. First Data Corporation | | None | J | T | Buy | 10/20 | J | | |
| 283. Interactive Corp. | | None | J | T | Buy | 12/22 | J | | |
| 284. Nokia | A | Dividend | J | T | Buy | 2/4 | J | | |
| 285. Walgreen | A | Dividend | J | T | Buy | 6/25 | J | | |
| 286. Willis Group Holdings | A | Dividend | J | T | Buy | 8/1 | J | | |
| 287. 1ACCT7: | | | | | | | | | |
| 288. (See Comm 4, Sec. VIII) | | | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. Cash/Money Market Funds | A | Dividend | J | T | | | | | |
| 290. ABN Amro Holdings | | None | J | T | | | | | |
| 291. America Movil | A | Dividend | J | T | | | | | |
| 292. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 293. BAE Systems | A | Dividend | J | T | | | | | |
| 294. Banco Bilbao | A | Dividend | J | T | | | | | |
| 295. BASF | A | Dividend | | | Sell | 11/7 | J | A | |
| 296. Boeing Co. | A | Dividend | J | T | Buy | 1/10 | J | | |
| 297. Brasil Telecom | A | Dividend | J | T | | | | | |
| 298. BT GP PLC | A | Dividend | J | T | | | | | |
| 299. Deutsche Telekom | | None | J | T | | | | | |
| 300. Diageo PLC | | None | | | Sell | 1/15 | J | | |
| 301. DuPont. E.I. De Nemours | A | Dividend | | | Sell | 2/21 | J | | |
| 302. E. on AG | A | Dividend | J | T | | | | | |
| 303. Exelon Corp. | | None | | | Sell | 1/7 | J | A | |
| 304. Goodyear Tire & Rubber | | None | J | T | | | | | |
| 305. Hewlett Packard | A | Dividend | | | Sell | 6/27 | J | A | |
| 306. Hitachi 10 Com | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. HSBC Holdings | A | Dividend | | | Sell | 8/4 | J | A | |
| 308. Loews Corp. | A | Dividend | J | T | | | | | |
| 309. Matsushita | A | Dividend | J | T | | | | | |
| 310. Merck & Co. | | None | J | T | Buy | 11/7 | J | | |
| 311. Mitsubishi Tokyo | A | Dividend | J | T | | | | | |
| 312. MM02 PLC | | None | J | T | | | | | |
| 313. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 314. Nippon Telegraph & Telephone | A | Dividend | J | T | | | | | |
| 315. Petroleo Brasileiro | A | Dividend | J | T | | | | | |
| 316. Philip Morris Co., Inc. | A | Dividend | J | T | | | | | |
| 317. (now Altria Group) - | | | | | | | | | |
| 318. Repsol | A | Dividend | J | T | | | | | |
| 319. SBC Comm | A | Dividend | J | T | | | | | |
| 320. Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 321. Sherwin Williams | A | Dividend | | | Sell | 11/5 | J | A | |
| 322. Telecommunicacoes Bras | A | Dividend | J | T | | | | | |
| 323. Telefonica De Espana | | None | | | Sell | 3/6 | J | | |
| 324. Telafonos De Mx | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | - | P4 = $More than $50,000,000 | | |
| Value Method Codes | O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. Toys R Us | | None | J | T | | | | | |
| 326. Unisys Corp. | | None | J | T | | | | | |
| 327. UST Inc. | A | Dividend | J | T | | | | | |
| 328. Verizon Comm. | A | Dividend | J | T | | | | | |
| 329. Waste Management, Inc. | A | Dividend | J | T | | | | | |
| 330. Xerox Corp. | | None | J | T | | | | | |
| 331. Albertson's Inc. | A | Dividend | J | T | | | | | |
| 332. Alcatel Ads | — | None | J | T | | | | | |
| 333. Bayrsche | | None | J | T | | | | | |
| 334. Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 335. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 336. Centrais Electricas | A | Dividend | J | T | | | | | |
| 337. Cit Group | A | Dividend | J | T | | | | | |
| 338. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 339. Edison International | | None | | | Sell | 6/17 | J | A | |
| 340. Electronic Data Systems | A | Dividend | J | T | | | | | |
| 341. Ford Motor Co. | A | Dividend | | | Sell | 4/10 | J | | |
| 342. GlaxoSmithKline | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 344. Kroger Co. | | None | J | T | | | | | |
| 345. KT Corp. | A | Dividend | J | T | | | | | |
| 346. Lucent Technologies | | None | J | T | | | | | |
| 347. McDonald's Corp. | | None | | | Sell | 10/19 | J | | |
| 348. Micron Technologies | | None | J | T | | | | | |
| 349. Nortel Networks | | None | | | Sell | 5/30 | J | A | |
| 350. Reuters Group | A | Dividend | J | T | | | | | |
| 351. Safeway, Inc. | | None | J | T | | | | | |
| 352. Sumitomo Mitsui | | None | J | T | | | | | |
| 353. Tyco International | A | Dividend | | | Sell | 12/11 | J | B | |
| 354. El Paso Corp. | | None | J | T | Buy | 11/19 | J | | |
| 355. Hypo Real Estate | A | Dividend | J | T | Buy | 10/10 | J | | |
| 356. Ing. Groep | A | Dividend | J | T | Buy | 6/4 | J | | |
| 357. Koninklijke | A | Dividend | J | T | Buy | 12/16 | J | | |
| 358. Lafarge | A | Dividend | J | T | Buy | 6/4 | J | | |
| 359. Marks & Spencer | A | Dividend | J | T | Buy | 7/1 | J | | |
| 360. Tele Centro Deste Cellular | | None | J | T | Buy | 12/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 - (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. Telecom Italia | A | Dividend | J | T | Buy | 1/30 | J | | |
| 362. Telefonica Sa | A | Dividend | J | T | Buy | 10/29 | J | | |
| 363. Tenet Healthcare | | None | J | T | Buy | 11/25 | J | | |
| 364. Volkswagen | | None | J | T | Buy | 6/27 | J | | |
| 365. 2ACCT1: | | | | | | | | | |
| 366. (See Comm 5, Sec. VIII) | | | | | | | | | |
| 367. MONEY MARKET: | | | | | | | | | |
| 368. Money Trust | A | Dividend | J | T | | | | | |
| 369. STOCKS: | | | | | | | | | |
| 370. Chevron Texaco | A | Dividend | J | T | | | | | |
| 371. Intel | A | Dividend | J | T | | | | | |
| 372. First Tenn Nat | A | Dividend | J | T | | | | | |
| 373. Sun Trust Banks | A | Dividend | K | T | | | | | |
| 374. American Intl GP | A | Dividend | K | T | | | | | |
| 375. Fedex Corp. (FDX) | A | Dividend | | | Sell | 1/6 | J | B | |
| 376. General ElectricCo. | A | Dividend | J | T | | | | | |
| 377. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 378. MUTUAL FUNDS: | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 - (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. MSDW Aggressive Equity | | None | | | Sell | 2/13 | J | | |
| 380. 2ACCT2: | | -- | | | | | | | |
| 381. (See Comm 5, Sec. VIII) | | | | | | | | | |
| 382. MONEY MARKET: | | | | | | | | | |
| 383. MSDW Liquid Asset | A | Dividend | J | T | | | | | |
| 384. STOCKS: | | | | | | | | | |
| 385. Fedex Corp. (FDX) | A | Dividend | L | T | | | | | |
| 386. Intel | A | Dividend | L | T | | | | | |
| 387. SW Airlines | A | Dividend | | . | Sell | 2/18 | J | | |
| 388. United Parcel Service | A | Dividend | J | T | | | | | |
| 389. General Electric | A | Dividend | J | T | | | | | |
| 390. Kraft Foods | A | Dividend | J | T | | | | | |
| 391. Mattel, Inc. | A | Dividend | J | T | | | | | |
| 392. Qualcomm, Inc. | A | Dividend | J | T | | | | | |
| 393. Ultra Petro Corp. | | None | J | T | | | | | |
| 394. Wal Mart Stores | A | Dividend | J | T | | | | | |
| 395. Yahoo. Inc. | | None | J | T | | | | | |
| 396. JP Morgan Chase & Co. | | None | K | T | Buy | 4/29 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. MUTUAL FUNDS: | | | | | | | | | |
| 398. MDSW Diversified | A | Dividend | K | T | | | | | |
| 399.    (now MDSW Flexible Income) | | | | | | | | | |
| 400. MSDW Info Fund | | None | | | Sell | 2/13 | J | | |
| 401. MSDW Amer Opp | | None | | | Sell | 2/13 | J | | |
| 402. 2ACCT3: | | | | | | | | | |
| 403.    (See Comm 5, Sec. VIII) | | | | | | | | | |
| 404. MONEY MARKET: | | | | | | | | | |
| 405. Active Assets Money Trust | A | Dividend | K | T | Buy | 2/1 | K | | |
| 406. STOCKS: | | | | | | | | | |
| 407. Oracle Corp. | | None | J | T | | | | | |
| 408. Cisco | | None | K | T | | | | | |
| 409. Dell Computer | | None | J | T | | | | | |
| 410. General Electric | A | Dividend | K | T | | | | | |
| 411. Microsoft | A | Dividend | J | T | | | | | |
| 412. Verisign. Inc. | | None | | | Sell | 1/6 | J | | |
| 413. AOL-Time Warner | | None | | | Sell | 1/6 | J | | |
| 414. Carrier I | | None | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 - (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 415. Spectrasite | A | None | | | Sell | 1/6 | J | | |
| 416. Morgan Stanley Dean Witter | A | Dividend | K | T | | | | | |
| 417. Dominion Res. | A | Dividend | J | T | Buy | 3/7 | K | | |
| 418. Lyondell Chemical | A | Dividend | J | T | Buy | 8/28 | J | | |
| 419. MUNICIPAL BONDS: | | | | | | | | | |
| 420. LR,AR Health Facs. | B | Interest | | | Redemption | 9/2 | K | A | |
| 421. Brazos Cty. Health Facs. | A | Interest | J | T | | | | | |
| 422. Harris Cty. Health Facs. | A | Interest | J | T | | | | | |
| 423. Harris Cty. GO | A | Interest | J | T | | | | | |
| 424. BrazosPort Water | A | Interest | | | Redemption | 9/2 | J | | |
| 425. Bexar Cty. Health Facs. | A | Interest | | | Redemption | 2/13 | J | | |
| 426. Tarrant Cty. Health Resources | A | Interest | J | T | | | | | |
| 427. MUTUAL FUNDS: | | | | | | | | | |
| 428. MSDW Fin Svcs | | None | | | Sell | 2/13 | K | | |
| 429. MSDW Info Fund | | None | | | Sell | 2/21 | L | | |
| 430. MSDW European Growth | | None | | | Sell | 2/14 | K | | |
| 431. MSDW Tax Exempt | B | Dividend | K | T | | | | | |
| 432. MSDW Aggressive Equity | | None | | | Sell | 2/13 | K | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. MSDW Mid Cap Equity Trust | | None | | | Sell | 2/13 | K | | |
| 434. 2ACCT4: | | | | | | | | | |
| 435. (See Comm 5. Sec. VIII) | | | | | | | | | |
| 436. MONEY MARKET: | | | | | | | | | |
| 437. MSDW Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 438. STOCKS: | | | | | | | | | |
| 439. Southwest Airlines | | None | | | Sell | 2/18 | J | A | |
| 440. American Intl GP | — | None | | | Sell | 2/18 | J | | |
| 441. Exxon Mobil | | None | | | Sell | 2/18 | J | | |
| 442. Marsh & McLellan | | None | | | Sell | 2/18 | J | A | |
| 443. MBNA Corp. | | None | | | Sell | 2/18 | J | | |
| 444. Pepsico, Inc. | | None | | | Sell | 2/18 | J | A | |
| 445. Viacom, Inc. | | None | | | Sell | 2/18 | J | | |
| 446. Boeing Co. | | None | | | Sell | 2/18 | J | | |
| 447. Citigroup | | None | | | Sell | 2/18 | J | | |
| 448. General Dynamics | | None | | | Sell | 2/18 | J | | |
| 449. Johnson & Johnson | | None | | | Sell | 2/18 | J | A | |
| 450. Chevron Texaco | | None | | | Sell | 2/18 | J | | |

1. Income/Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,001-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. United Technologies | | None | | | Sell | 2/18 | J | | |
| 452. Costco Wholesale Corp. | | None | | | Sell | 2/18 | J | | |
| 453. General Electric Co. | | None | | | Sell | 2/18 | J | | |
| 454. HCA, Inc. | | None | | | Sell | 2/18 | J | B | |
| 455. Microsoft Corp. | | None | | | Sell | 2/18 | J | | |
| 456. Pfizer, Inc. | | None | | | Sell | 2/18 | J | | |
| 457. Conoco/Phillips | | None | | | Sell | 2/18 | J | | |
| 458. Raytheon Co. | | None | | | Sell | 2/18 | J | | |
| 459. State Street Corp. | | None | | | Sell | 2/18 | J | | |
| 460. Cardinal Health | | None | | | Sell | 2/18 | J | | |
| 461. Cisco Systems, Inc. | | None | | | Sell | 2/18 | J | A | |
| 462. Comcast Corp. | | None | | | Sell | 2/18 | J | A | |
| 463. Hewlett Packard | | None | | | Sell | 2/18 | J | A | |
| 464. Nextel Communications | | None | | | Sell | 2/18 | J | A | |
| 465. Proctor & Gamble | | None | | | Sell | 2/18 | J | | |
| 466. Target Corp. | | None | | | Sell | 2/18 | J | | |
| 467. Wyeth | | None | | | Sell | 2/18 | J | A | |
| 468. MUTUAL FUNDS: | | | | | | | | | |

1 Income/Gain Codes.      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
  (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2 Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
  (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3 Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, James M | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. IShares Russell 2000 Value | A | Dividend | K | T | Buy | 9/22 | K | | |
| 470. IShares Russell 2000 Growth | A | Dividend | J | T | Buy | 9/22 | J | | |
| 471. IShares Russell 1000 Growth | A | Dividend | K | T | Buy | 9/22 | K | | |
| 472. IShares Russell 1000 Value | A | Dividend | K | T | Buy | 9/22 | K | | |
| 473. IShares Russell Midcap Value | A | Dividend | J | T | Buy | 11/11 | J | | |
| 474. Ishares S&P Midcap 400 Value | A | Dividend | K | T | Buy | 9/22 | K | | |
| 475. IShares S&P Midcap 400 Growth | A | Dividend | J | T | Buy | 9/22 | J | | |
| 476. IShares S&P 500 Barra Value | A | Dividend | J | T | Buy | 11/11 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Moody, James M | 5/5/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

COMMENTS REGARDING PART VII. INVESTMENTS and TRUSTS:

Comm. 1.    No assets - retaining public rights only.

Comm. 2.    ACCT A:    Managed by Stearne Agee & Leach.

Comm. 3:    ACCT B & C:    Managed by Morgan Stanley Dean Witter.

Comm. 4.    1 ACCT5, 6 & 7:    Managed by Morgan Stanley Dean Witter.

Comm. 5.    2ACCT1, 2, 3, 4:    Managed by Morgan Stanley Dean Witter.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat█████████████████████    Date 5/6/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544